# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY MICHAEL GIOIOSA, SR.,

    Plaintiff(s),

v.

NEVADA DEPARTMENT OF BUSINESS BUREAU, et al.,

    Defendant(s).

Case No.: 2:21-cv-00700-JAD-NJK

**ORDER**

Plaintiff is proceeding in this action *pro se* and has initiated this case. Docket No. 1. Plaintiff has not, however, paid the required filing fee or requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. To proceed with this case, Plaintiff must either pay the filing fee or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

In addition, Plaintiff has not filed a complaint. Indeed, it appears that Plaintiff's filing may be a request directed at state or city entities rather than a complaint for relief from the Court. *See* Docket No. 1-1. To the extent Plaintiff is seeking to bring a lawsuit, he must file a complaint that clearly identifies who is being sued, for what relief, and on what theory, with enough detail to guide discovery. *See McHenry v. Renne*, 84 F.3d 1172, 1178 (9th Cir. 1995); Fed. R. Civ. P. 8(a).[1]

Accordingly, **IT IS ORDERED:**

1. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma*

---

[1] Although the Court liberally construes complaints drafted by *pro se* litigants, they still must comply with the basic requirements of Rule 8. *See, e.g., Montgomery v. Las Vegas Metro. Police Dept.*, 2014 WL 3724213, at *3 n.3 (D. Nev. July 28, 2014).

*pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

2. The Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

3. Plaintiff must file a complaint that complies with the requirements of Rule 8.

4. Plaintiff must comply with this order <u>no later than **June 1, 2021**</u>. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: April 29, 2021

_____
Nancy J. Koppe
United States Magistrate Judge