# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MICHAEL GIOIOSA, SR.,<br>　　Plaintiff(s),<br>v.<br>NEVADA DEPARTMENT OF BUSINESS BUREAU, et al.,<br>　　Defendant(s). | Case No. 2:21-cv-00700-JAD-NJK<br>**REPORT AND RECOMMENDATION** |

Plaintiff initiated this case without (1) filing a complaint or (2) either paying the required fee or filing an application to proceed *in forma pauperis*. *See* Docket No. 1. On April 29, 2021, the Court ordered Plaintiff to file a complaint and to either pay the filing fee or file an application to proceed *in forma pauperis*. Docket No. 3. The deadline to comply was set at June 1, 2021. *See id.* On June 9, 2021, the undersigned issued a report and recommendation that the case be dismissed given Plaintiff's failure to comply with that directive. Docket No. 6.

On June 10, 2021, Plaintiff filed an application to proceed *in forma pauperis*. Docket No. 7. In light of that untimely filing, on June 29, 2021, the undersigned withdrew the report and recommendation, denied without prejudice the application to proceed *in forma pauperis*, and ordered that an amended application to proceed *in forma pauperis* had to be filed by July 29, 2021. Docket No. 8. The Court warned that failure to comply would result in a recommendation to the District Judge that the case be dismissed. *Id.* at 2. The Court also warned that it expected strict compliance with all deadlines moving forward. *Id.* at 1 n.1. Despite those warnings, Plaintiff has not to date filed an amended application to proceed *in forma pauperis*.

This case cannot proceed without Plaintiff either paying the filing fee or filing a motion to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); *see also* 28 U.S.C. § 1915(a). Failure to

1

comply with these basic requirements subjects a case to dismissal. *E.g.*, *Desai v. Biden*, 2021 WL 38169, at *1 (E.D. Cal. Jan. 5, 2021), *adopted*, 2021 WL 276236 (E.D. Cal. Jan. 27, 2021).

Moreover, Plaintiff's refusal to comply with the Court's order is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with the order of this Court notwithstanding the warnings that case-dispositive sanctions may be imposed.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: August 13, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).